JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BLAIR CHRISTOPHER HANLOH, | No. SA CV 15-01681-JLS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| SANDRA HUTCHENS, Sheriff, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: June 10, 2016

_____
JOSEPHINE L. STATON
United States District Judge